IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**OPUS NORTHWEST, LLC**,

**Plaintiff,**

**v.**

**CORNERSTONE BANK & TRUST, N.A.,**
**et al.,**

**Defendants.**                                   No. 08-0094-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On May 8, 2008, Plaintiff filed a First Amended Complaint (Doc. 20). Thus, the Court **DENIES as moot** Defendants' motion to dismiss for lack of jurisdiction (Doc. 12).

**IT IS SO ORDERED.**

Signed this 9th day of May, 2008.

/s/    David R Herndon

**Chief Judge**
**United States District Court**