## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OPUS NORTHWEST, L.L.C.,** a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**CORNERSTONE BANK & TRUST, N.A.,** as Successor Trustee,<br><br>**GOODE PROPERTY INVESTMENT, LLC,** an Illinois limited liability company, and<br>**FIRST AMERICAN TITLE INSURANCE COMPANY,** a California corporation,<br><br>Defendants. | CIVIL NO. 3:08-cv-094-DRH-CJP |

## JUDGMENT IN A CIVIL CASE

The Court having received a Joint Motion to Dismiss (Doc. 34) signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.---------------------------------------------------------------------------

**KEENAN G. CASADY, CLERK**

February 12, 2009   By:   s/Robin Butler
                               Deputy Clerk

APPROVED: *DavidRHerndon*
**CHIEF JUDGE**
**U.S. DISTRICT COURT**